MEMORANDUM OPINION

 

No. 04-11-00189-CV

 

IN THE INTEREST OF
L.S.P, et al., Children

 

From the 25th
Judicial District Court, Guadalupe County, Texas

Trial Court No. 10-0749-CV

Honorable Brenda
Chapman, Judge Presiding

 

PER CURIAM

 

Sitting:          Phylis J.
Speedlin, Justice

                     Rebecca
Simmons, Justice

                     Steven
C. Hilbig, Justice

 

Delivered and
Filed:  July 13, 2011

 

DISMISSED

 

On May 26, 2011, we
issued a show cause order instructing appellant to respond by either paying the
filing fee of $175.00 to the clerk of this court, or providing written proof
that appellant is entitled to appeal without paying the filing fee, on or before
June 9, 2011.  See Tex. R. App.
P. 5.  Appellant has failed to respond to the court’s order.  Therefore,
we dismiss the appeal.  See Tex.
R. App. P. 42.3(c).  Costs of appeal are taxed against appellant.

PER
CURIAM